15-18814 REF   **PLAN** TO TRUSTEE

THIS ELIMINATES ATTY GEORGE LUTZ

$22,000 ÷ 60 = $307/mo

NOT $550/mo AS NOW

FILED
AUG 18 2016
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

---

NEED CONTINUANCE + STIPULATION

MORTGAGE PAYMENT WAS INCREASED TO $943/mo WHY? THIS WAS DONE AFTER MARCH. ATTY LUTZ NEVER NOTIFIED ME. THEREFORE AFTER CONTINUING TO PAY IN $801.90/mo, MORTGAGE COMPANY STARTED FORECLOSING.

I HAD NOTIFIED TRUSTEE'S OFFICE OF ATTY LUTZ' LACK OF COMMUNICATION. POLLY LANDON (SP?) WROTE BACK TO ME THAT I SHOULD CONTACT SUPERIOR COURT of PA - DISCIPLINARY Bd REGARDING LUTZ AND FILE A COMPLAINT, WHICH I WILL.

STARTING SEPTEMBER 2016

$943/mo TO NATIONSTAR    ACC 0596495663
$307/mo TO TRUSTEE    ACC 15-18814 REF

ATTY FRANKEL WHO REPS NATIONSTAR SAID HE WOULD HELP ME SAVE MY HOME OF 40 YEARS

(left margin: NEED TO SAVE MY HOME OF 40+ YEARS)