ATTY FRANKEL

FILED
AUG 2 2 2016
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

To make things easier I will have Nationstar take monthly payment out of checking account

ALSO

Starting Aug 27, each month my work hours are increased 33⅓%     Can be confirmed with Mark Allen - S.G.I.

Equals $300/mo + increase

cc Judge Fehling

Stanley Marcinkowski
484 334 0035