Stanley Marcinkowski 15-18814 REF
Reasons why I fell back
with payments

FILED 2018 FEB -1 AM 10:59 U.S. BANKRUPTCY COURT

July 7   Knee replaced at Hershey Med Ctr by Dr Mark Mason, out of work 7wks

Sept 2   Completed therapy at Health South knee 100% normal

Sept 15   Motor in driver seat of company vehicle broke in forward position stayed broke at least 6wks, making it difficult getting in and out of vehicle 6 or 7 times per shift this ruined my new knee

Sept 18   Due to pain in new knee, back on controlled substance oxycodone which is a Schedule 2 drug, I am still on it as of this date Feb 1

Sept 27   Saw family doctor regarding pain in new knee almost impossible to get up from sitting position

Oct 12   Got traffic ticket for going thru stop sign, had to pay to have my day in court

NOV 5    ROAD SUPV LEE MAGUIRE THREATENING TO ME AT WORK, SPUN TIRES UPON LEAVING

NOV 6    REPORTED LEE MAGUIRE TO PA STATE POLICE
REPORTED TO OSHA REGARDING HEALTH AND SAFETY ISSUES AT WORK

NOV 8    10:54 PM I WAS FIRED, DRIVER SEAT STILL BROKE, KNEE PAIN DAY AND NITE

NOV 20   BACK TO SURGEON, DR MASON ABOUT KNEE

NOV 27   STROKE, IN HOSPITAL

DEC 4    OIL BURNER MALFUNCTIONING, CALLED BOYD

DEC 5    WATER WELL NO LONGER HAS WATER, HAD TO BUY IT

DEC 15   BACK TO SURGEON DR MASON

DEC 18   GOT LETTER FROM PENN DOT, TRYING TO TAKE AWAY MY DRIVERS LICENSE, HAD TO GO TO EYE DOCTOR ZX

DEC 19   WENT TO NEUROLOGY DOCTOR

Jan 3   Sewer backed up into house, had to call plumber

Jan 19  Knee pain — to family doctor

Jan 25  Contacted Atty Scott Marinelli

FUTURE

Feb 12  Go to Hershey and see Dr Mason

Feb 14  Hearing with Unemployment

Feb 20  Take GF to OBGYN

Mar 3   Publish 33rd annual newsletter
        I proved 2 geniuses wrong and got state law passed
        192-0 in House, 50-0 in Senate